JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Sherell Jackson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Trans Union, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | Case No. 2:18-cv-01732 MWF (FFMx)<br><br>Hon. Michael W. Fitzgerald, Crtrm. 5A<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Sherell Jackson and Defendant Trans Union LLC ("Trans Union") have announced to the Court that all matters in controversy between them have been resolved. Having considered the Stipulation, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Sherell Jackson against Trans Union are in all respects dismissed with prejudice, with court costs to be paid by the party incurring same.

DATED: July 5, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　United States District Judge

1111079.1

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE